# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV12-10400 PA (SHx) | Date | January 15, 2014 |
|---|---|---|---|
| Title | AIDS Healthcare Foundation et al v. Los Angeles County et al | | |

| Present: The Honorable | Stephen J. Hillman, U.S. Magistrate Judge |
|---|---|

| Sandra Butler | CS1/15/2014 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christina Yang | Camilla Y. Chan |
| | John K. Ly |

**Proceedings:**        Motion to Compel Document and Interrogatory

        Case called. Counsel enter their appearances.  Court and counsel confer.  Court grants and denies in part as stated on the record.  Counsel shall submit a proposed order to the court approved to form by counsel.

        Request for Sanctions is taken under submission. Defendant's counsel shall file billing records.
.

|  | 1 | : | 55 |
|---|---|---|---|
| Initials of Preparer | | slb | |