PATRICIA L. GLASER - State Bar No. 55668
pglaser@glaserweil.com
JOEL N. KLEVENS - State Bar No. 45446
jklevens@glaserweil.com
JOHN LY - State Bar No. 247477
jly@glaserweil.com
CAMILLA Y. CHAN - State Bar No. 241674
cchan@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants
Los Angeles County and Mario J. Perez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>Defendants. | CASE NO.: 2:12-cv-10400-PA-SHx<br><br>Hon. Percy Anderson<br><br>**DISCOVERY MOTION**<br><br>**DECLARATION OF CAMILLA Y. CHAN IN SUPPORT OF DEFENDANTS' REQUEST FOR SANCTIONS IN CONNECTION WITH PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND SUPPLEMENTAL RESPONSE TO INTERROGATORIES**<br><br>DATE: January 15, 2014<br>TIME: 1:00 p.m.<br>COURTROOM: 550<br><br>Magistrate Judge:<br>Hon. Stephen J. Hillman<br><br>TRIAL DATE: March 18, 2014 |

DECLARATION OF CAMILLA Y. CHAN

850275

## DECLARATION OF CAMILLA Y. CHAN

I, CAMILLA Y. CHAN, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am an Associate of the law firm of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, attorneys of record herein for Defendants County of Los Angeles and Mario J. Perez (collectively "Defendants"). I make this declaration in support of Defendants' request for sanctions in connection with Plaintiffs AIDS Healthcare Foundation and Michael J. Weinstein (collectively "Plaintiffs") Motion to Compel Production of Documents and Supplemental Response to Interrogatories (the "Motion"). The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Pursuant to the Court's order on January 15, 2014, the parties met and conferred on January 16-17, 2014 regarding Defendants' request for reasonable expenses, including attorneys fees, incurred in opposing Plaintiffs' Motion.

3. Plaintiffs have agreed to pay Defendants $11,000 as reasonable expenses incurred in opposing Plaintiffs' Motion. The parties will submit details regarding the timing of payment in their Joint Proposed Order to the Court.

4. Accordingly, Defendants will not submit redacted copies of their invoices in connection with their request for sanctions.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing facts are true and correct.

Executed on January 17, 2014 at Los Angeles, California.

*/s/ CAMILLA Y. CHAN*
CAMILLA Y. CHAN