JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION and MICHAEL WEINSTEIN, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, JONATHAN FIELDING, MARIO PEREZ, ZEV YAROSLAVSKY, GLORIA MOLINA, and DOES 1-10, <br><br> Defendants. | CV 12-10400 PA (SHx) <br><br> JUDGMENT |
| AND RELATED COUNTERCLAIM | |

Pursuant to the Court's June 3, 2013 Minute Order granting in part the Motion to Dismiss filed by defendants Los Angeles County, Jonathan Fielding, Mario Perez, Zev Yaroslavsky, and Gloria Molina (collectively "Defendants"), which dismissed certain claims asserted by plaintiffs AIDS Healthcare Foundation and Michael Weinstein (collectively "Plaintiffs") with prejudice, and the Court's February 10, 2014 Minute Order granting Defendants' Motion for Summary Judgment on Plaintiffs' remaining federal claim and declining to exercise supplemental jurisdiction over the remaining state law claims asserted by Plaintiffs in their First Amended Complaint and Los Angeles County's Counterclaim and dismissing those claims and counterclaims without prejudice,

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of Los Angeles County and Mario Perez on Plaintiffs' claim for retaliation in violation of the First Amendment pursuant to 42 U.S.C. § 1983, that Plaintiffs' remaining federal claims are dismissed with prejudice, and that the remaining state law claims and counterclaims are dismissed without prejudice.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants shall have their costs of suit.

   IT IS SO ORDERED.

DATED: February 10, 2014            _____
                                     Percy Anderson
                                     UNITED STATES DISTRICT JUDGE